**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ERIC L.,**
        **Plaintiff,**

                                                **Case No. 2:25-cv-709**
  **v.**                                        **JUDGE EDMUND A. SARGUS, JR.**
                                                **Magistrate Judge S. Courter M. Shimeall**

**COMMISSIONER OF SOCIAL**
**SECURITY,**
        **Defendant.**

                                <u>**ORDER**</u>

This matter is before the Court on a Report and Recommendation issued by the

Magistrate Judge. (ECF No. 14.) The time for filing objections has passed and no objections

have been filed. Failure to object results in waiver of the right to a *de novo* review of the report

and recommendation by the district court. *See United States v. Walters*, 638 F.2d 947, 949–50

(6th Cir. 1981). Accordingly, the Court **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report

and Recommendation. (ECF No. 14.) For the reasons set forth therein, the Commissioner's

nondisability finding is **REVERSED,**[1] and this action is **REMANDED** pursuant to sentence

four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and

Recommendation.

The Clerk is **DIRECTED** to enter judgment and terminate this case on the docket.

   **IT IS SO ORDERED.**

**7/14/2026**                                   **s/Edmund A. Sargus, Jr.**
**DATE**                                        **EDMUND A. SARGUS, JR.**
                                                **UNITED STATES DISTRICT JUDGE**

---

[1] The Court acknowledges that the sentence in the Conclusion section of the Report and
Recommendation stating that the Magistrate Judge "concludes that substantial evidence supports
the ALJ's decision denying benefits" is a scrivener's error. As reflected throughout the Report
and Recommendation, the Magistrate Judge recommends reversing the Commissioner's
nondisability finding and remanding the case.